UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARRY ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>SENIOR U.S. DISTRICT COURT JUSTICE, et al.,<br><br>    Defendants. | Case No. 18-cv-00369-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a former detainee, has filed a civil rights action. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: October 10, 2018

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT BARRY ROBERTS,

    Plaintiff,

v.

SENIOR U.S. DISTRICT COURT JUSTICE, et al.,

    Defendants.

Case No. 18-cv-00369-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 10, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Barry Roberts
H.C.C.F.
F33425
826 4th Street
Eureka, CA 95501

Dated: October 10, 2018

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO